UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS RAY SNELLGROVE

    VS                                                      CASE NO.  1:15cv19-MW/GRJ

DEPUTY HARRY DAVIS, INDIVIDUALLY;
DEPUTY ANTHONY NORTHUP, INDIVIDUALLY;
DEPUTY BENJAMIN CRISE, INDIVIDUALLY;
AND DEWEY H. HATCHER, SR., IN HIS
OFFICIAL CAPACITY AS SHERIFF OF
DIXIE COUNTY, FLORIDA,

**JUDGMENT**

Plaintiff's claims against Defendants are dismissed with prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*s/ TiAnn Stark*

March 29, 2017
DATE                                  Deputy Clerk: TiAnn Stark